THE COUNTY OF ERIE, Appellant and Respondent, *v.* JACOB
W. DIEHL et al., Respondents and Appellants.

*County of Erie* v. *Diehl,* 129 App. Div. 735, affirmed.
(Argued June 8, 1909; decided October 5, 1909.)

CROSS-APPEALS from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered February 25, 1909, modifying and affirming as modi-
fied a judgment in favor of plaintiff entered upon a decision
of the court on trial at an Equity Term in an action to recover
upon a county treasurer's bond.

*Philip A. Laing* and *Thomas A. Sullivan* for plaintiff,
appellant and respondent.

*W. C. Carroll* for defendants, respondents and appellants.

Judgment affirmed, without costs, on opinion of SPRING, J.,
below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WILLARD
BARTLETT and CHASE, JJ.　Dissenting: GRAY, HAIGHT and
VANN, JJ.

--------

FRANK DONLEY, Respondent, *v.* GLENS FALLS INSURANCE
COMPANY, Appellant.

*Donley* v. *Glens Falls Ins. Co.,* 126 App. Div. 922, affirmed.
(Argued June 8, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
June 2, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover upon a policy of fire insurance.

*Hiram R. Wood* for appellant.

*Calvin J. Huson* for respondent.

Judgment affirmed, with costs, on authority of *Donley* v.
*Glens Falls Insurance Company* (184 N. Y. 107); no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.